840

No. 74–1613.  PACE, SHERIFF *v.* SQUIRE.  C. A. 4th Cir.  Certiorari denied.

No. 74–1618.  COOK *v.* UNITED STATES.  C. A. 6th Cir. Certiorari denied.

No. 74–1630.  TITAN GROUP, INC. *v.* FAGGEN.  C. A. 2d Cir.  Certiorari denied.

No. 74–1632.  McCOLE ET AL. *v.* BIDSTRUP ET AL.  Ct. App. Wash.  Certiorari denied.

No. 74–1634.  WILEY *v.* PENNSYLVANIA  Super. Ct. Pa.  Certiorari denied.

No. 74–1635.  HELLER *v.* DISTRICT OF COLUMBIA COURT OF APPEALS COMMITTEE ON ADMISSIONS.  Ct. App. D. C. Certiorari denied.

No. 74–1637.  GRIFFITH, ADMINISTRATRIX *v.* CANAL BARGE CO., INC.; and
No. 74–1641.  CANAL BARGE CO., INC. *v.* GRIFFITH. C. A. 5th Cir.  Certiorari denied.  Reported below: 513 F. 2d 911.

No. 74–1639.  MORTGAGE SERVICES, INC. *v.* YARNELL. C. A. 4th Cir.  Certiorari denied.

No. 74–1640.  BETHLEHEM STEEL CORP. *v.* UNITED STATES.  Ct. Cl.  Certiorari denied.

No. 74–1642.  ANONYMOUS J. ET AL. *v.* BAR ASSOCIATION OF ERIE COUNTY ET AL.  C. A. 2d Cir.  Certiorari denied.

No. 74–1643.  APPLEYARD ET AL. *v.* INTERSTATE COMMERCE COMMISSION.  C. A. 4th Cir.  Certiorari denied.